

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK
REGIONAL OFFICE

March 12, 2025

**VIA ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Conference Adjourned
From: March 24, 2025
To: 5/2/25 at 11 a.m.;
SO ORDERED:
P. KEVIN CASTEL, U.S.D.J.
Date: 3-13-25

**Re:** *SEC v. Cobb,* 24 Civ. 9494 (PKC)

Dear Judge Castel:

Plaintiff Securities and Exchange Commission (the "SEC") respectfully requests, jointly with Defendant Eric Cobb ("Cobb"), that the Court adjourn to May 2, 2025 the initial pretrial conference, presently scheduled for March 24, 2025. The Court previously adjourned the conference, on consent, from February 24, 2025 to March 24. *See* Dkt. No. 14.

The parties request this adjournment because, after Cobb's appearance in this action on February 14 and the Court's prior adjournment, they have been actively engaged in settlement discussions and, although they have not yet reached an agreement in principle, have made substantial progress toward that end. The parties respectfully submit that the requested adjournment, if granted, will allow the parties to focus their efforts on concluding those discussions, and would therefore be in the interest of judicial economy and the preservation of the parties' resources. The parties have requested an adjournment to May 2, because the Commission understands Cobb will be seeking a 30-day adjournment of his time to respond to the Complaint (to which the Commission consents), and the requested date for the conference, consistent with Rule 1.C.vii of the Court's Individual Practices, is two weeks after that.

For the foregoing reasons, the SEC, jointly with Cobb, respectfully requests that the initial pretrial conference be adjourned to May 2, 2025.

Respectfully submitted,
/s/ Richard G. Primoff
Richard G. Primoff
Senior Trial Counsel

cc: *Pro Se* Defendant Eric M. Cobb (Email)