

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

NEW YORK REGIONAL OFFICE

> **Initial conference is adjourned from May 2, 2025 to July 7, 2025 at 10:30 a.m. Call-In: 855-244-8681, Access Code: 2305 810 3970#.**
> **SO ORDERED.**
> **Dated: 4/28/2025**
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

April 24, 2025

<u>VIA ECF</u>

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    *SEC v. Cobb,* 24 Civ. 9494 (PKC)

Dear Judge Castel:

    Plaintiff Securities and Exchange Commission (the "SEC") respectfully requests, jointly with Defendant Eric Cobb ("Cobb"), that the Court adjourn to a date on or after July 1, 2025 the initial pretrial conference, presently scheduled for May 2, 2025. The Court previously adjourned the conference on consent from February 24, 2025 to March 24 (Dkt. No. 14), and from March 24 to May 2. Dkt. No. 16.

    The parties request this adjournment because they have succeeded this week in reaching a tentative agreement in principle to fully resolve this proceeding. The requested adjournment is necessary to afford the parties sufficient time to finalize the terms of the proposed judgment and consent, and for the SEC staff to then obtain authorization of the proposed settlement from the five-member Commission, which is necessary before the proposed settlement can be submitted to the Court for consideration. The parties respectfully submit that the requested adjournment is in the interest of judicial economy and the preservation of the parties' resources

    For the foregoing reasons, the SEC, jointly with Cobb, respectfully request that the initial pretrial conference be adjourned to a date on or after July 1, 2025.

                               Respectfully submitted,

                               /s/ Richard G. Primoff
                               Richard G. Primoff
                               Senior Trial Counsel

cc: *Pro Se* Defendant Eric M. Cobb (Email)